No. 02-204. Pozo *v.* McCaughtry et al. C. A. 7th Cir. Certiorari denied.

No. 02-205. Davis *v.* Bowron et al. C. A. 6th Cir. Certiorari denied.

No. 02-207. Consolidated Edison Company of New York, Inc., et al. *v.* Chevron U. S. A. Inc. C. A. Fed. Cir. Certiorari denied.

No. 02-210. Godwin *v.* Martin. Sup. Ct. Ala. Certiorari denied.

No. 02-213. Hower *v.* PacifiCare of California et al. C. A. 9th Cir. Certiorari denied.

No. 02-216. Sallee et ux. *v.* Fort Knox National Bank, N. A., et al. C. A. 6th Cir. Certiorari denied.

No. 02-219. Netland *v.* Hess & Clark, Inc. C. A. 8th Cir. Certiorari denied.

No. 02-226. Lal *v.* Borough of Kennett Square. Commw. Ct. Pa. Certiorari denied.

No. 02-230. Wiley *v.* Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 02-244. Schneider *v.* County of San Diego et al. C. A. 9th Cir. Certiorari denied.

No. 02-245. Breen *v.* New Jersey. Super. Ct. N. J., App. Div. Certiorari denied.

No. 02-248. White et al. *v.* Priest, Secretary of State of Arkansas, et al. Sup. Ct. Ark. Certiorari denied.

No. 02-276. Fran W. et vir *v.* Terry W. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02-286. Vickroy *v.* Schaufler. Ct. App. Ark. Certiorari denied.